FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 JUN -7 AM 10: 49

DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
____ Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| | |
|---|---|
| In re: | |
| **BRUCE J. FERRE** | **Bankruptcy No. 09-32287** |
| **MAURINE K. FERRE,** | **(Chapter 7)** |
| **Debtor(s)** | Judge Joel T. Marker |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor

represents to the Court that:

___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed.  The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | American Express Bank FSB | $3.63 |
| | c/o Becket and Lee LLP | |
| | POB 3001 | |
| | Malvern, PA 19355-0701 | |

A check in the amount of $3.63 representing said funds is payable to the United States

Bankruptcy Court, and is attached hereto.

DATED the day of June _3_, 2011

DAVID L. MILLER
Chapter 7 Trustee